**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 23, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00687-CV

## IN THE MATTER OF THE MARRIAGE OF EVA MATILDE AGUILAR AND CHRISTOPHER ALEXANDER AGUILAR

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 14-DCV-216925**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 6, 2019. On April 8, 2020, appellant, Eva Matilde Aguilar, filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Wise, and Zimmerer.